1  ROBERT J. VIZAS (SBN 56187)
    JULIE B. ROTTENBERG (SBN 169607)
2  JENNIFER L. CUMMINGS (SBN 208115)
    ARNOLD & PORTER LLP
3  90 New Montgomery Street, Suite 600
    San Francisco, CA 94105
4  Telephone: (415) 356-3000
    Facsimile: (415) 356-3099
5  E-Mail: julie_rottenberg@aporter.com

6  Attorneys for Defendant
    Visa U.S.A. Inc.
7

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RANDALL JASPERSON d/b/a JASPERSON ) SOD SERVICE, on behalf of himself and all ) | Case No. C05-2996 MMC |
| 13  others similarly situated, ) | **STIPULATION AND [PROPOSED]** |
| | **ORDER TO EXTEND TIME OF ALL** |
| 14         Plaintiffs, ) | **DEFENDANTS TO MOVE, ANSWER,** |
| | **OR OTHERWISE RESPOND TO** |
| 15      v. ) | **COMPLAINT, AND CONTINUE ALL** |
| | **OTHER PRETRIAL DEADLINES** |
| 16  VISA U.S.A., INC. and MASTERCARD ) INTERNATIONAL, INC., ) | **CIVIL LOCAL RULE 6-2** |
| 17     ) | |
|          Defendants. ) | Date:     N/A |
| 18     ) | Time:    N/A |
| 19     ) | The Honorable Maxine M. Chesney |
| 20 | |

21        Plaintiff Randall Jasperson d/b/a Jasperson Sod Service ("Plaintiff"), and Defendants Visa

22  U.S.A. Inc. ("Visa"), and MasterCard International Incorporated ("MasterCard"), through their

23  respective counsel, stipulate, pursuant to Civil Local Rule 6-2, to extend the time for all defendants

24  to move, answer, or otherwise respond to the complaint, and to continue all other pretrial deadlines

25  in the above-captioned action. Defendants Visa and MasterCard are collectively referred to herein

26  as "Defendants." In support of this request, Plaintiff and Defendants stipulate as follows:

27        WHEREAS, on July 26, 2005, plaintiffs in another case pending in this Court filed a Motion

28  for Transfer Under 28 U.S.C. § 1407 Before the Judicial Panel on Multidistrict Litigation, seeking

1    to create a new MDL proceeding in this Court and coordinate both cases pending in this Court with

2    a case pending in the Northern District of Georgia;

3         WHEREAS, on July 29, 2005, Defendants, together with additional defendants named in

4    similar cases not before this Court, filed a separate Motion for Transfer Under 28 U.S.C. § 1407

5    Before the Judicial Panel on Multidistrict Litigation, seeking to transfer this case, along with 13

6    others pending in four district courts across the country, to the Northern District of Georgia, and

7    create a new MDL proceeding;

8         WHEREAS, Defendants oppose plaintiffs' Motion for Transfer;

9         WHEREAS, Plaintiff opposes Defendants' Motion for Transfer;

10        WHEREAS, Plaintiff and Defendants would like to minimize the burdens on the parties and

11   this Court through an extension of all deadlines in this action until final resolution of the Motions

12   for Transfer by the Judicial Panel on Multidistrict Litigation;

13        WHEREAS, one previous extension has been granted in this case until September 8, 2005

14   for Defendants to move, answer or otherwise respond; and

15        WHEREAS, Plaintiff and Defendants agree that this Joint Stipulation is submitted without

16   prejudice to, or waiver of, any defenses that Defendants may have to this action;

17        NOW THEREFORE, the Parties hereby stipulate and agree as follows:

18        1.      To the extent that any served or subsequently served defendant is required to move,

19   answer, or otherwise respond to the complaint in this action, the deadline for doing so shall be 60

20   days after an order from the Clerk of the Judicial Panel on Multidistrict Litigation deciding the

21   pending, as well as any subsequently filed, Motions for Transfer. If the Clerk of the Judicial Panel

22   on Multidistrict Litigation issues separate orders on different days with respect to the Motions for

23   Transfer, the date of the latest order will control.

24        2.      All other pretrial deadlines, including the time period in which to conduct the

25   parties' planning conference under Federal Rule of Civil Procedure 26(f), shall be continued in this

26   action until 60 days after:

27             (i)     an order from the Clerk of the Judicial Panel on Multidistrict Litigation

28                     transferring this action to another District Court is filed with the Clerk of the

- 2 -

1    Northern District of California pursuant to Rule 1.5 of the Rules of Procedure

2    for the Judicial Panel on Multidistrict Litigation, thereby effecting transfer; or

3    (ii)    an order from the Clerk of the Judicial Panel on Multidistrict Litigation

4    creating an MDL proceeding in the Northern District of California, and

5    coordinating this case therewith, is filed with the Clerk of the Northern

6    District of California pursuant to Rule 1.5 of the Rules of Procedure for the

7    Judicial Panel on Multidistrict Litigation; or

8    (iii)    the Judicial Panel on Multidistrict Litigation issues an order or orders

9    denying all Motions for Transfer (if all motions are denied, but in separate

10    orders not issued on the same day, the date of the later order will control).

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

1   SO STIPULATED:                          ARNOLD & PORTER LLP

2

3   Dated: September 6, 2005

4                                            By: _____
                                                Robert J. Vizas, No. 56187
5                                               Julie B. Rottenberg, No. 169607
                                                Jennifer L. Cummings, No. 208115
6                                               90 New Montgomery Street, Suite 600
                                                San Francisco, CA 94105
7                                               Tel: 415-356-3000
                                                Fax: 415-356-3099
8

9                                               David P. Gersch
                                                Mark R. Merley
10                                              ARNOLD & PORTER LLP
                                                555 12th Street, N.W.
11                                              Washington, D.C.  20004
                                                Tel: 202-942-5000
12                                              Fax: 202-942-5999

13                                              Attorneys for Defendant Visa U.S.A. Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1   SO STIPULATED:                          SHEPPARD MULLIN RICHTER &
                                            HAMPTON LLP
2

3   Dated: September 2, 2005

4                                           By: _____
                                                Gary L. Halling, No. 66087
5                                               Michael W. Scarborough  No. 203524
                                                Four Embarcadero Center,
6                                               Seventeenth Floor
                                                San Francisco, CA 94111
7                                               Tel: 415-434-9100
                                                Fax: 415-434-3947
8
                                                Kenneth A. Gallo
9                                               Patricia C. Crowley
                                                PAUL, WEISS, RIFKIND,
10                                              WHARTON & GARRISON LLP
                                                1615 L Street, N.W.
11                                              Washington, D.C. 20036-5694
                                                Tel: 202-223-7300
12                                              Fax: 202-223-7420

13                                              Jay Cohen
                                                Gary R. Carney
14                                              PAUL, WEISS, RIFKIND,
                                                WHARTON & GARRISON LLP
15                                              1285 Avenue of the Americas
                                                New York, NY 10019-6064
16                                              Tel: 212-373-3051
                                                Fax: 212-492-0051
17
                                                Keila D. Ravelo
18                                              Wesley R. Powell, No.230430
                                                HUNTON & WILLIAMS LLP
19                                              200 Park Avenue
                                                New York, New York 10166
20                                              Tel: 212-309-1000
                                                Fax: 212-309-1100
21
                                                Attorneys for Defendant MasterCard
22                                              International Incorporated

23

24

25

26

27

28
                                    - 5 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO
COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 MMC

1  SO STIPULATED:                          MARKUN ZUSMAN & COMPTON, LLP

2
    Dated: September 2 , 2005
3
                                           By: _____
4                                             David S. Markun, No. 108067
                                              Edward S. Zusman, No. 154366
5                                             Kevin K. Eng, No. 209036
                                              465 California Street, Suite 500
6                                             San Francisco, CA 94104
                                              Tel: 415-438-4515
7                                             Fax: 415-434-4505

8                                             Karl Cambronne
                                              CHESTNUT & CAMBRONNE
9                                             3700 Mithum Tower
                                              222 South Ninth Street
10                                            Minneapolis, MN  55402

11                                            Attorneys for Plaintiff

12

13

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15
    Dated: September 7 , 2005
16                                         _____
                                           Hon. Maxine M. Chesney
17

18

19

20

21

22

23

24

25

26

27

28

                                    - 6 -

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME OF ALL DEFENDANTS TO RESPOND TO
COMPLAINT, AND CONTINUE ALL PRETRIAL DEADLINES (Civil Local Rule 6-2): Case No. C05-2933 MMC