IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL JASPERSON, d/b/a<br>JASPERSON SOD SERVICE,<br><br>        Plaintiff,<br>  v.<br><br>VISA U.S.A., INC., et al.,<br><br>        Defendants / | No. C-05-2996 MMC<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

In light of the Court's order of September 7, 2005, by which the Court approved the parties' stipulation to continue all pretrial deadlines until sixty days after the Judicial Panel on Multidistrict Litigation ("Panel") has issued a decision on defendants' motion to transfer the above-titled action and to create a new MDL proceeding, the initial case management conference scheduled for October 28, 2005 is VACATED, and will be reset, if necessary, after the Panel has issued a decision on defendants' motion.

**IT IS SO ORDERED.**

Dated: October 18, 2005

                                          MAXINE M. CHESNEY
                                          United States District Judge